Robert Harvell and Hattie Harvell, Appellants, v. Milton H. Solomon and Bette Solomon, his Wife, Al Denberg and Albert J. Horan, Bailiff of the Municipal Court of Chicago, Appellees.

Gen. No. 46,065. 

Heber T. Dotson, for appellants; Irving L. Block for certain appellee, and Levin & Ressman, for certain other appellee; Jerome S. Blonder, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed October 26, 1953; rehearing denied November 16, 1953; released for publication December 1, 1953.